NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY MICHAEL CAPPELLETTI,      )
                                  )
            Appellant,            )
                                  )
v.                                )      Case No. 2D18-144
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____ )

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Collier County; Christine Greider,
Judge.

Anthony Michael Cappelletti, pro se.

PER CURIAM.

          Affirmed.  See Murray v. State, 890 So. 2d 451 (Fla. 2d DCA 2004);

Spivey v. State, 789 So. 2d 1087 (Fla. 2d DCA 2001); Smith v. State, 632 So. 2d 95

(Fla. 2d DCA 1994).

KHOUZAM, MORRIS, and ATKINSON, JJ., Concur.